UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 26-1240-GW-DFMx | Date | July 1, 2026 |
|---|---|---|---|
| Title | *Joseph Pumphrey v. BB Tile And Stone LLC, et al.* | | |

Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On June 30, 2026, Plaintiff Joseph Pumphrey filed a Notice of Settlement [12]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 30, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 28, 2026.

:

Initials of Preparer    JG